**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **GEORGIA COMMUNITY BANK F/K/A** | : | |
| **BANK OF TERRELL,** | : | |
| | : | |
| **vs.** | : | **CASE NO. 1:22-cv-00005-LAG** |
| | : | |
| **THOMAS J. VILSACK, SECRETARY,** | : | |
| **UNITED STATES DEPARTMENT** | : | |
| **OF AGRICULTURE,** | : | |

**STIPULATION FOR DISMISSAL OF ACTION BY ALL PARTIES**

        COME NOW Plaintiff, Georgia Community Bank f/k/a Bank of Terrell and Defendant

United States of America on behalf of its Secretary of the United States Department of Agriculture,

Thomas J. Vilsack, and its agency, the United States Department of Agriculture, by and through

their respective legal counsel and hereby stipulate that the above-captioned action be and is

voluntary dismissed **WITH PREJUDICE** pursuant to Rule 41(a)(I)(A)(ii) with each party to bear

its own costs and expenses.

        This 22nd day of August 2022.


/s/ *William P. Horkan*                          
WILLIAM P. HORKAN
Georgia State Bar No. 940306
Attorney for Plaintiff
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
whorkan@jamesbatesllp.com

/s/ *Todd P. Swanson* (by WPH with express
permission)
TODD SWANSON
Georgia State Bar No. 496989
Attorney for Defendants
Assistant United States Attorney
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
todd.swanson@usdoj.gov

## CERTIFICATION OF SERVICE

This is to certify that I filed the foregoing *Stipulation for Dismissal of Action by All Parties* on August 22, 2022.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, and by U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, also as listed below.  Parties may access this filing through PACER.

Todd P. Swanson
Assistant United States Attorney
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
todd.swanson@usdoj.gov

 /s/ *William P. Horkan*
WILLIAM P. HORKAN
Georgia State Bar No. 940306

JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
whorkan@jamesbatesllp.com